## Trexler's Appeal.

(Decided October 4, 1886.)

OPINION BY MR. JUSTICE STERRETT:

The questions involved in this appeal are the same as those presented by the record in Hamburg Bank v. Seidel, *ante*, p. 332, and for reasons briefly given in opinion first filed in that case the appeal in this case is dismissed.

Decree affirmed and appeal dismissed at costs of appellant.